# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DEBORAH HARMAN, *Plaintiff* | : : : | CIVIL ACTION |
| v. | : : | |
| NANCY BERRYHILL, *Acting Commissioner of Social Security, Defendant* | : : : | No. 17-4156 |

## ORDER

AND NOW, this 4th day of September, 2019, upon consideration of Plaintiff's Brief and Statement of Issues in Support of Request for Review (Doc. No. 12), Defendant's response thereto (Doc. No. 14), Plaintiff's reply (Doc. No. 15), and the administrative record, and after careful consideration of United States Magistrate Judge David R. Strawbridge's Report and Recommendation (Doc. No. 16), Plaintiff's Objections thereto (Doc. No. 17), and Defendant's Response to the Objections (Doc. No. 19) it is **ORDERED** that:

1. The Report and Recommendation is **NOT ADOPTED**;

2. The Plaintiff's Request for Review is **GRANTED**;

3. The matter is **REMANDED** to the Administrative Law Judge for further proceedings consistent with Court's September 4, 2019 Memorandum; and

5. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

GENE E.K. PRATTER
United States District Judge